# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL LICENSE EXCHANGE OF AMERICA, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>CINCINNATI BELL INC.,<br><br>        Defendant. | Civil Action No. 1:16-cv-715-RGA |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that all claims against Defendant Cincinnati Bell Inc. in the above-captioned action are hereby dismissed with prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

DATED: May 5, 2017

| | |
|---|---|
| DEVLIN LAW FIRM LLC | SAUL EWING LLP |
| By: */s/ Timothy Devlin*<br>Timothy Devlin (#4241)<br>tdevlin@devlinlawfirm.com<br>1306 N. Broom St., 1st Floor<br>Wilmington, Delaware 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>*Attorney for Plaintiff International License Exchange of America, LLC* | By: */s/ Allison J. McCowan*<br>Allison J. McCowan (#5931)<br>amccowan@saul.com<br>James D. Taylor, Jr. (#4009)<br>jtaylor@saul.com<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800<br>Facsimile: (302) 421-6813<br><br>Kevin W. Kirsch (*pro hac vice*)<br>kkirsch@bakerlaw.com<br>David A. Mancino (*pro hac vice*)<br>dmancino@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200 |

Cincinnati, Ohio 45202-4074
Telephone: (513) 929-3400
Facsimile: (513) 929-0303

Jared A. Brandyberry (*pro hac vice*)
jbrandyberry@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 764-4072
Facsimile: (303) 861-7805

*Attorneys for Defendant Cincinnati Bell, Inc.*

**SO ORDERED THIS** \_\_\_\_ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Timothy Devlin*
Timothy Devlin